| | AUSA: | Susan Fairchild | Telephone: | (313) 226-9577 |
|---|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Officer: | Christopher Carr | Telephone: | (313) 378-8942 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Misraim CRUZ-CRUZ,

Case No. 25-30308

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 5, 2025__ in the county of __Lenawee__ in the __Easern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:

On or about May 5, 2025, in the Eastern District of Michigan, Southern Division, Misraim CRUZ-CRUZ, an alien from Mexico, was found in the United States after having been denied admission, excluded, deported, and removed there from on or about May 19, 2022, and not having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

☐ Continued on the attached sheet.

_____
Complainant's signature

Christopher Carr, Deporttion Officer, ICE ERO
Printed name and title

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: May 12, 2025

_____
Judge's signature

City and state: Detroit, MI

Elizabeth A. Stafford    U.S. Magistrate Judge
Printed name and title

# AFFIDAVIT

I, Christopher Carr, declare the following under penalty of perjury:

1. I am a Deportation Officer with the United States Department of Homeland Security, United States Immigration and Customs Enforcement (ICE). I have been employed in this capacity since March 2019. Currently, I am assigned to the Criminal Alien Program. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Immigration and Customs Enforcement Officers and record checks of law enforcement databases. I have also reviewed the Alien Registration File and system automated data relating to Misraim CRUZ-CRUZ, which attests to the following:

2. CRUZ-CRUZ is a twenty-four-year-old male, native and citizen of Mexico, who last entered the United States at or near an unknown place, on or about an unknown date without begin admitted, inspected, or paroled by an Immigration Officer.

3. On or about September 20, 2019, U.S. Border Patrol (BP) arrested CRUZ-CRUZ near Naco, AZ and issued him an I-860, Notice and Order of Expedited Removal. He was removed from the United States to Mexico on the same date.

4. On or about May 10, 2022, the Wheeler County Sheriff's Office in Wheeler, TX arrested CRUZ-CRUZ for Smuggling of a Person. The charges were later dismissed.

5. On or about May 16, 2022, ERO Amarillo, TX, arrested CRUZ-CRUZ and served him with an I-871 Notice of Intent/ Decision to Reinstate Prior Order.

6. On or about May 19, 2022, ICE removed CRUZ-CRUZ from the United States to Mexico via Laredo, Texas.

7. On or about October 1, 2022, BP arrested CRUZ-CRUZ near Naco, AZ and returned him to Mexico under Title 42.

8. On May 5, 2025, the Michigan State Police arrested CRUZ-CRUZ in Monroe, MI, for OUIL. Those charges are still pending.

9. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code

        to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

10. ICE officers reviewed immigration file records and Department of Homeland Security electronic records, indicating that Misraim CRUZ-CRUZ AXXX XXX 022, did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States.

11. Based on the above information, I believe there is probable cause to conclude that CRUZ-CRUZ is an alien who was found in the United States after removal, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of Title 8, United States Code, Section 1326(a).

_____
Christopher Carr, Deportation Officer
U.S. Department of Homeland Security

Sworn to before me and signed in my presence and/or by reliable electronic means.

_____
Honorable Elizabeth A. Stafford
United States Magistrate Judge